# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER SYLVESTER, JASON PEFFLEY, and JAMES FORSYTHE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SEATING AND MOBILITY, LLC d/b/a NUMOTION,<br><br>Defendant. | Case No. 3:25-cv-00469<br><br>Judge Aleta A. Trauger |

## JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant (the "Parties") jointly submit this Joint Status Report. This matter arises out of allegations relating to a security incident impacting Defendant on or around March 2024 ("*Numotion II*"). The *Numotion II* matters arise out of separate allegations and claims than those raised in the *In re Numotion Data Incident Litig.*, No. 3:24-cv-545 (M.D. Tenn.) matter ("*Numotion I*"), previously filed in this Court.

On July 2, 2025, the Parties engaged in private mediation before the Honorable Diane M. Welsh (Ret.) to resolve the pending litigation for both the *Numotion I* matters and the *Numotion II* matters. The Parties file this joint report, informing the Court that they have reached a resolution on the material terms of a class-wide settlement. The Parties are working to memorialize those terms in a formal written agreement, which they will file as an exhibit to Plaintiffs' forthcoming motion for preliminary approval. Accordingly, the Parties respectfully request the Court stay of all proceedings and deadlines in this action for sixty (60) days to allow the parties time to memorialize the agreement and file a motion for preliminary approval. A stay of proceedings will not cause any undue purpose or delay that would prejudice the Parties.

WHEREFORE, the Parties hereby submit this joint status report and respectfully request that the Court enter an order staying all proceedings and deadlines in this matter for sixty (60) days.

Dated: July 16, 2025

Respectfully submitted and agreed to by:

*/s/Keeley O. Cronin (with permission)*
Casie D. Collignon (*Pro hac vice*)
Jason A. Orr (*Pro hac vice*)
Keeley O. Cronin (*Pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0660
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
jorr@bakerlaw.com
kcronin@bakerlaw.com

*Counsel for Defendant*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN 23045)
Grayson Wells (TN 039658, MO 73068)
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 16th day of July, 2025.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
