# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER SYLVESTER, JASON PEFFLEY, and JAMES FORSYTHE individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 3:25-cv-00469 |
| v. | District Judge Aleta A. Trauger |
| UNITED SEATING AND MOBILITY, LLC d/b/a NUMOTION, | |
| Defendant. | |

## NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant (the "Parties") jointly submit this Notice of Settlement. This matter arises out of allegations relating to a security incident impacting Defendant on or around September 2024 ("*Numotion II*"). The *Numotion II* matter concerns allegations related to a different incident, separate from the data incident at issue in a case previously filed in this Court; *In re Numotion Data Incident Litigation*, No. 3:24-cv-545 (M.D. Tenn.) ("*Numotion I*").

On July 2, 2025, the Parties engaged in private mediation before the Honorable Diane M. Welsh (Ret.) to resolve the pending litigation for both the *Numotion I* and the *Numotion II* matters. At mediation, the Parties reached an agreement on the terms of a class-wide settlement that resolves the *Numotion I* and *Numotion II* Actions in a single, global settlement. On July 17, 2025, the Parties filed a Joint Status Report and Motion to Stay Proceedings to memorialize the terms of the settlement in a formal written agreement. Joint Status Rep. & Mtn. to Stay Proceedings, ECF No. 16. This Court granted the Motion to Stay Proceedings until September 17, 2025. Ord. Granting Mtn. to Stay Proc., ECF No. 17.

The Parties have finalized and memorialized those terms in a formal written agreement. On November 4, 2025, Plaintiffs filed their unopposed motion for preliminary approval in the *Numotion I* matter. *See* Mot. for Preliminary Approval, *In re Numotion Data Incident Litig.*, No. 3:24-cv-545 (M.D. Tenn. Nov. 4, 2025). On December 3, 2025, the Court in *Numotion I* entered an order granting the Plaintiff's Motion for Preliminary Approval and (1) conditionally certifying the Class for the purpose of the Settlement; (2) preliminarily approving the Settlement as within range of possible final approval to warrant Class notification; (3) approving the proposed notice program as reasonable and providing ample due process; (4) appointing the proposed Settlement Administrator and ordering it to conduct the notice program; (5) conditionally appointing J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC as Class Counsel and Plaintiffs Shaun Ducrepin and Dulcie Walker ("Numotion I Plaintiffs"), as well as Jennifer Sylvester, Jason Peffley, James Forsythe, George Barron, Marie Guerrero, Cathy Goguen, and Jason Tapia ("Numotion II Plaintiffs") (collectively "Plaintiffs") as Class Representatives; and (6) scheduling the Final Approval Hearing. *See* Ord. Granting Mtn. for Preliminary Approval, No. 3:24-cv-545 (M.D. Tenn. Dec. 3, 2025).

Accordingly, the Parties respectfully request the Court stay all proceedings and deadlines in this action in favor of the settlement approval proceedings ongoing in *Numotion I*.

WHEREFORE, the Parties hereby submit this joint status report and respectfully request that the Court enter an order staying all proceedings and deadlines in this matter until the Court determines whether to grant final approval to the proposed global class wide settlement.

Dated: December 8, 2025        Respectfully submitted and agreed to by:

*/s/Keeley O. Cronin (with permission)*    */s/ J. Gerard Stranch, IV*
Casie D. Collignon (pro hac vice)    J. Gerard Stranch, IV (TN 23045)
Jason A. Orr (pro hac vice)    Grayson Wells (TN 039658, MO 73068)

Keeley O. Cronin (pro hac vice)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0660
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
jorr@bakerlaw.com
kcronin@bakerlaw.com

*Counsel for Defendant*

**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 8th day of December, 2025.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV