Motion GRANTED.
*[signature]*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER SYLVESTER, JASON PEFFLEY, and JAMES FORSYTHE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SEATING AND MOBILITY, LLC d/b/a NUMOTION,<br><br>Defendant. | Case No. 3:25-cv-00469<br><br>District Judge Aleta A. Trauger |

### NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant (the "Parties") jointly submit this Notice of Settlement. This matter arises out of allegations relating to a security incident impacting Defendant on or around September 2024 ("*Numotion II*"). The *Numotion II* matter concerns allegations related to a different incident, separate from the data incident at issue in a case previously filed in this Court; *In re Numotion Data Incident Litigation*, No. 3:24-cv-545 (M.D. Tenn.) ("*Numotion I*").

On July 2, 2025, the Parties engaged in private mediation before the Honorable Diane M. Welsh (Ret.) to resolve the pending litigation for both the *Numotion I* and the *Numotion II* matters. At mediation, the Parties reached an agreement on the terms of a class-wide settlement that resolves the *Numotion I* and *Numotion II* Actions in a single, global settlement. On July 17, 2025, the Parties filed a Joint Status Report and Motion to Stay Proceedings to memorialize the terms of the settlement in a formal written agreement. Joint Status Rep. & Mtn. to Stay Proceedings, ECF No. 16. This Court granted the Motion to Stay Proceedings until September 17, 2025. Ord. Granting Mtn. to Stay Proc., ECF No. 17.