# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER SYLVESTER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Case No. 3:25-cv-469 |
| ) | Judge Trauger |
| v. ) | Lead Case |
| ) | |
| UNITED SEATING AND MOBILITY, LLC ) *d/b/a Numotion*, ) ) | |
| Defendant. ) | |

| | |
|---|---|
| JASON PEFFLEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Case No. 3:25-cv-482 |
| ) | Judge Trauger |
| v. ) | Member Case |
| ) | |
| UNITED SEATING AND MOBILITY, LLC ) *d/b/a Numotion*, ) ) | |
| Defendant. ) | |

**ORDER**

Plaintiffs' counsel has filed confusing documents in this case, actions that need to be corrected.

These two cases were formally consolidated on May 20, 2025 (Doc. No. 13). No motion for preliminary approval of a class action settlement was filed in these consolidated cases, yet plaintiffs' counsel has now filed a Motion for *Final* Approval (Doc. No. 20), supported by the Declaration of J. Gerard Stranch IV, which states that it is being filed in support of a Motion for *Preliminary* Approval (Doc. No. 21 at 1).

It is hereby ORDERED that counsel shall clarify this confusion and file for the necessary preliminary approval, rather than final approval at this point.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE